**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California (State)

Case number (*If known*): ______________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** — Breakers Mezz I, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — 82-3234695

4. **Debtor's address**

   **Principal place of business**

   400 Oceangate, Suite 1400
   Number Street

   Long Beach CA 90802
   City State ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL)

Debtor Breakers Mezz I, LLC Case number (if known)_______________
Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _______________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7 2 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _______________ When _______________ Case number _______________
MM / DD / YYYY
District _______________ When _______________ Case number _______________
MM / DD / YYYY

Debtor Breakers Mezz I, LLC
Name

Case number (if known)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor ______ Relationship ______
District ______ When ______ MM / DD / YYYY
Case number, if known ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street

______
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor Breakers Mezz I, LLC
Name

Case number (if known) ______________________

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/02/2025
MM / DD / YYYY

✘ [signature]
Signature of authorized representative of debtor

John C. Molina
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

✘ /s/ Eric D. Goldberg
Signature of attorney for debtor

Date 10/02/2025
MM / DD / YYYY

Eric D. Goldberg
Printed name

DLA Piper LLP (US)
Firm name

2000 Avenue of the Stars, Suite 400 North Tower
Number Street

Los Angeles CA 90067
City State ZIP Code

(310) 595-3085
Contact phone

eric.goldberg@us.dlapiper.com
Email address

157544 CA
Bar number State

# WRITTEN CONSENT OF THE SOLE MEMBER AND INDEPENDENT MANAGER OF BREAKERS MEZZ I, LLC

**October 2, 2025**

The undersigned, constituting the sole member (the "**Member**") and the independent manager (the "**Independent Manager**") of Breakers Mezz I, LLC, a Delaware limited liability (the "**Company**"), hereby consent, under Section 18-302(d) of the Delaware Limited Liability Company Act (the "**DLLCA**"), to the adoption of the following resolutions and to the actions authorized thereby, and that such actions be taken without a meeting under Section 18-302(d) of the DLLCA.

**WHEREAS**, after consulting with advisors of, and other consultants to, the Company, in the judgment of the Member and the Independent Manager it is desirable and in the best interests of the Company, its equity holders, its creditors and other parties in interest, that the Company file (or cause to be filed) forthwith a voluntary petition for relief (such voluntary petition, a "**Chapter 11 Case**") under Chapter 11 of the United States Bankruptcy Code (Title 11 of the United States Code) (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**");

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to file or cause to be filed forthwith a Chapter 11 Case under the provisions of the Bankruptcy Code.

**BE IT FURTHER RESOLVED**, that this Written Consent may be executed and delivered via any method permitted under applicable law (including, without limitation, by electronic transmission or by electronic mail containing a portable document format (.pdf) file of an executed signature page) and in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action; any copy, facsimile or other reliable reproduction of this consent may be substituted or used in lieu of the original consent for any and all purposes for which the original consent could be used; and this consent shall be filed with the books of the Company.

[*Signature page(s) follow(s)*]

**IN WITNESS WHEREOF**, this consent has been executed by the undersigned on the date and year first above written.

**INDEPENDENT MANAGER:**



______________________________

**RICHARD ARTHUR**, Independent Manager

**MEMBER:**

**BREAKERS HTC BRIDGE, LLC**
a California limited liability company

By: ______________________
Name: John C. Molina
Title: Chief Executive Officer

**WRITTEN CONSENT OF THE
SOLE MEMBER OF
BREAKERS MEZZ I, LLC**

**October 2, 2025**

The undersigned, constituting the sole member (the "**Member**") of Breakers Mezz I, LLC, a Delaware limited liability (the "**Company**"), hereby consents, under Section 18-302(d) of the Delaware Limited Liability Company Act (the "**DLLCA**"), to the adoption of the following resolutions and to the actions authorized thereby, and that such actions be taken without a meeting under Section 18-302(d) of the DLLCA.

**WHEREAS**, the Member has evaluated potential restructuring options for the Company, including its assets, liabilities, liquidity position and overall prospects, as well as the potential impact of these factors on the Company's business, operations and value;

**WHEREAS**, after consulting with advisors of, and other consultants to, the Company, in the judgment of the Member it is desirable and in the best interests of the Company, its equity holders, its creditors and other parties in interest, that the Company file (or cause to be filed) forthwith a voluntary petition for relief (such voluntary petition, a "**Chapter 11 Case**") under Chapter 11 of the United States Bankruptcy Code (Title 11 of the United States Code) (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**"); and

**WHEREAS**, on October 2, 2025, the Member and the Independent Manager each authorized the Company to file a Chapter 11 Case under the provisions of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that, in furtherance of the authorization to file a Chapter 11 Case, John Molina or any other duly appointed officer or authorized signatory of the Company (the "**Authorized Representative**"), be, and hereby is, authorized on behalf of the Company to execute and file on behalf of the Company all petitions, filings, schedules, lists, motions, applications, certificates, declarations, papers and documents, and to take any and all actions that the Authorized Representative, on behalf of the Company, deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business or to successfully prosecute the Chapter 11 Case; and

**BE IT FURTHER RESOLVED**, that the Company, by and through the Authorized Representative, is hereby authorized, directed, and empowered (i) to execute and verify the bankruptcy petition and all filings and documents ancillary thereto, and to cause the petition to be filed with the Bankruptcy Court, at such time as the Authorized Representative shall determine and to be in the form approved by the Authorized Representative, with the execution thereof by the Authorized Representative being conclusive evidence of the approval thereof by the Authorized Representative; (ii) to make or cause to be made prior to the execution thereof any modifications to the petition or such ancillary documents that, in the judgment of the Authorized Representative, may be necessary, appropriate, or desirable in connection with the Company's Chapter 11 Case, (iii) to attend the meeting of creditors required under section 341(a) of the

Bankruptcy Code; and (iv) to take and perform any and all further actions and steps that such Authorized Representative deems necessary, desirable, and proper in connection with the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case; and

**BE IT RESOLVED FURTHER**, that the law firm of DLA Piper LLP (US) ("DLA Piper"), as the Company's general bankruptcy counsel, shall be, and hereby is, authorized, empowered, and directed to represent the Company in connection with the Chapter 11 Case on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including to: (a) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court and make or cause to be made, prior to execution thereof, any modifications to the Petition or any ancillary document as the Authorized Representative deems necessary, desirable, or appropriate to carry out the intent and accomplish the purpose of these resolutions; (b) execute, acknowledge, deliver, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or proper in connection with the foregoing; and (c) execute, acknowledge, deliver, and verify any and all other documents necessary or proper in connection therewith and to administer the Chapter 11 Case in form or forms as the Authorized Representative may deem necessary or proper in order to effectuate the purpose of the intent of the foregoing resolution; and

**BE IT FURTHER RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed and empowered, in the name and on behalf of the Company, or otherwise, to take all such further and other action in connection with the resolutions hereinabove adopted as he may deem necessary, advisable, or proper to effectuate the intent and accomplish the purposes of the foregoing resolutions and to incur all such fees and expenses as the Authorized Representative deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereby and/or to successfully complete the Chapter 11 Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and

**BE IT FURTHER RESOLVED**, that the omission from these resolutions of any filing, agreement or other arrangement contemplated by any of the filings, agreements or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirements of any of the filings, agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Representative to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by and the intent and purposes of the foregoing resolutions; and

**BE IT FURTHER RESOLVED**, that the Member has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice; and

**BE IT FUTHER FURTHER**, that any and all actions heretofore taken by any Authorized Representative or the Member in the name and on behalf of the Company in furtherance of the

purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

**BE IT FURTHER RESOLVED**, that this Written Consent may be executed and delivered via any method permitted under applicable law (including, without limitation, by electronic transmission or by electronic mail containing a portable document format (.pdf) file of an executed signature page) and in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action; any copy, facsimile or other reliable reproduction of this consent may be substituted or used in lieu of the original consent for any and all purposes for which the original consent could be used; and this consent shall be filed with the books of the Company.

[*Signature page follows*]

**IN WITNESS WHEREOF**, this consent has been executed by the undersigned on the date and year first above written.

**MEMBER:**

**BREAKERS HTC BRIDGE, LLC**
a California limited liability company

By: ______________________
Name: John C. Molina
Title: Chief Executive Officer

**Fill in this information to identify the case:**

Debtor Name: Breakers Mezz I, LLC

United States Bankruptcy Court for the: Central District of California

Case number (if known): ____________________

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | None. | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 2 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 3 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 4 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 5 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 6 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 7 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |

Debtor Breakers Mezz I, LLC Case number (if known) ______________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 9 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 10 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 11 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 12 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 13 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 14 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 15 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 16 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 17 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |

Debtor Breakers Mezz I, LLC Case number (if known) ____________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 19 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |
| 20 | | NAME:<br>PHONE:<br>EMAIL: | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name Breakers Mezz I, LLC

United States Bankruptcy Court for the: Central District of California (State)

Case number (*If known*): ____________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☐ *Schedule H: Codebtors (Official Form 206H)*
- ☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule* ____________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration* ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/02/2025
MM / DD / YYYY

[signature]
Signature of individual signing on behalf of debtor

John C. Molina
Printed name

Chief Executive Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Breakers Mezz I, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Breakers Mezz I, LLC certifies that the following corporate entities directly or indirectly owns 10% or more of Breakers Mezz I, LLC's equity interest.

| Equity Holder | Percentage of Total Equity |
|---|---|
| Breakers HTC Bridge, LLC | 100% of Breakers Mezz I, LLC |
| 6 Founders, LLC | 94% of Breakers HTC Bridge, LLC |

**Fill in this information to identify the case and this filing:**

Debtor Name Breakers Mezz I, LLC

United States Bankruptcy Court for the: Central District of California
(State)

Case number (*If known*): ____________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule* ______________

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ *Other document that requires a declaration* Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/02/2025
MM / DD / YYYY

[signature]
Signature of individual signing on behalf of debtor

John C. Molina
Printed name

Chief Executive Officer
Position or relationship to debtor

1624292434.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

In re:

Breakers Mezz I, LLC,

Debtor.

Chapter 11

Case No. 25-______ (___)

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Breakers Mezz I, LLC hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Kind of Interest | Percentage of Interests Held |
|---|---|---|
| Breakers HTC Bridge, LLC<br>211 E. Ocean Blvd.<br>Suite 550<br>Long Beach, CA 90802 | Membership Interest | 100.00% |

Fill in this information to identify the case and this filing:

Debtor Name Breakers Mezz I, LLC

United States Bankruptcy Court for the: Central District of California
(State)

Case number (*If known*): ____________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule* ______________

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ *Other document that requires a declaration* List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/02/2025
MM / DD / YYYY

[signature]
Signature of individual signing on behalf of debtor

John C. Molina
Printed name

Chief Executive Officer
Position or relationship to debtor

1624292435.1

X-Caliber Funding LLC
Attn.: Amber Howard
3 W. Main Street, Suite 103
Irvington, NY 10533

X-Caliber Funding LLC
c/o Blank Rome LLP
Attn Paige B Tinkham Kenneth J Ottaviano
444 West Lake Street, Suite 1650
Chicago, IL 60606

X-Caliber Funding LLC
c/o Blank Rome LLP
Attn.: Jordan L. Williams
1201 North Market Street, Suite 800
Wilmington, DE 19801

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC D. GOLDBERG (SBN 157544)<br>eric.goldberg@us.dlapiper.com<br>DAVID M. RILEY (SBN 292087)<br>david.riley@us.dlapiper.com<br>ROD J. KAZEMPOUR (SBN 347253)<br>rod.kazempour@us.dlapiper.com<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars, Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Telephone: (310) 595-3000<br>Facsimile: (310) 595-3300<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| BREAKERS MEZZ I, LLC, a Delaware limited liability company,<br><br>Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 10/02/2025 ______________________ Signature of Debtor 1

Date: ______________________ Signature of Debtor 2 (joint debtor) (if applicable)

Date: 10/02/2025 /s/ Eric D. Goldberg
Signature of Attorney for Debtor (if applicable)