**BLANK ROME LLP**
JOSEPH M. WELCH (SBN 259308)
joseph.welch@blankrome.com
4 Park Plaza | Suite 450
Irvine, CA 92614
Telephone:    949.812.6000

*Attorneys for X-Caliber Funding, LLC*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BREAKERS MEZZ I, LLC, a Delaware limited liability company,<br><br>Debtor. | Case No. 2:25-BK-18796<br><br>Chapter 11<br><br>**DECLARATION OF JEFF DEINES IN SUPPORT OF X-CALIBER FUNDING LLC'S MOTION TO DISMISS** |

I, Jeff Deines, declare under penalty of perjury as follows:

1.    I make this declaration in support of *X-Caliber Funding, LLC's Motion to Dismiss* (the "Motion to Dismiss").

2.    I am employed by X-Caliber Funding, LLC ("Secured Party") and currently serve in the capacity as Vice President, Special Assets. I have the primary responsibility for supervising the loan made to Breakers Development LLC ("Breakers Development").  As such, I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

3.    As part of my duties, I am familiar with Secured Party's relationship with Breakers Development with respect to its loan agreement with Secured Party. I am familiar with the loan documents, which are the subject of this action, as well as with the current status of Breakers Development's loan accounts with Secured Party.

4.    I have supervision and control of Secured Party's files as they relate to Breakers Development's obligations to Secured Party.  The records and documents referred to in this Declaration, both physical and digital, constitute writings taken, made or received, and maintained in the regular or ordinary course of Secured Party's business activity at or near the time of the act,

condition or event to which they relate by persons employed by Secured Party who have a business duty to Secured Party to take, make or receive, and maintain, accurately and completely, such records and documents and preserve them.  These employees obtain the information contained in Secured Party's records either from personal knowledge and observation, or from persons employed by Secured Party with personal knowledge of the acts and events recorded therein. Secured Party operates in reliance on these procedures.

5.    In  the ordinary course of its business, Secured Party maintains a record of all contracts and agreements to which they are a party, including all loan agreements, promissory notes, security agreements, and related documents, originated by Secured Party, as with the subject loan agreements, promissory notes, security agreements and related documents and instruments that form the basis of this action.  With regard to Secured Party's files during the relevant time period, Secured Party's files include a written record of all sums that were loaned or advanced to Breakers Development as it pertains to the subject obligations, payments made by Breakers Development on account, interest and charges, and of the balances owing.  This information is maintained by and retrieved from computers that are programmed for the above purposes.  Secured Party creates a computerized account that includes the applicable loan balances and its computers are programmed to automatically update the account on a daily basis to reflect accrued interest and other fees and charges as provided for in the subject loan documents.  As additional disbursements are made or payments received, authorized personnel of Secured Party input this information into the computerized database in the ordinary course of business at or near the date the payment or disbursement is received or made.  The accounts for Breakers Development were maintained in this fashion.  Secured Party operates in reliance on this procedure and the accuracy of the written records generated thereby.

6.    As of the date this Declaration was executed, I have reviewed Secured Party's books, records, files and accounting ledgers as they pertain to the loans made to Breakers Development. Based on my personal review of Secured Party's files, I have become familiar with the documents set forth herein between Secured Party, Breakers Development and Breakers Mezz I, LLC ("Debtor"), as well as, the events of default under the subject agreements, as described below.

Based on my review, my familiarity with Secured Party's practices and procedures relating to the creation and maintenance of its business records, and my knowledge of the transactions at issue, I know the facts stated in this Declaration to be true, except those stated on information and belief.

7.     In 2021, Secured Party provided a $48,500,000 construction loan (the "<u>Construction Loan</u>") to Breakers Development pursuant to that certain Amended and Restated Construction Loan Agreement (as amended, restated, supplemented and/or modified from time to time, the "<u>Construction Loan Agreement</u>") and as evidenced by that certain Promissory Note (the "<u>Note</u>"). True and correct copies of the Construction Loan Agreement[1] and the Note are attached hereto as **Exhibits A and B**, respectively.

8.     Breakers Development used the construction loan to renovate the Fairmont Breakers Long Beach hotel.  The construction has been completed and the property opened for operations in early 2025.

9.     Upon information and belief, Debtor was created as a special purpose entity solely to hold the membership interests of Breakers Development.  As the 100% owner of the membership interests of Breakers Development, Debtor pledged all of its membership interests in Breakers Development (the "<u>Membership Interests</u>") to Secured Party to secure Breakers Development's obligations under the Construction Loan Agreement pursuant to that certain Accommodation Pledge Agreement (Membership Interests in Borrower) dated as of September 23, 2021 (the "<u>Pledge Agreement</u>").  A true and correct copy of the Pledge Agreement is attached hereto as **Exhibit C**.

10.    The construction loan matured on April 6, 2025 and Breakers Development failed to timely repay its obligations thereunder in full.  A true and correct copy of Secured Party's Notice of Default is attached hereto as **Exhibit D**.

11.    As a result thereof, Secured Party exercised its rights under Section 9-610 of the California Uniform Commercial Code and the Pledge Agreement and noticed the auction of the Membership Interests for September 26, 2025 (the "<u>Foreclosure Sale</u>").  A true and correct copy of

---

[1] Due to size restrictions, all exhibits and schedules to the Construction Loan Agreement have been omitted but can be made available upon request to Secured Party's counsel.

**DECLARATION OF JEFF DEINES IN SUPPORT OF X-CALIBER FUNDING LLC'S MOTION TO DISMISS**

the Notice of Disposition of Collateral by Public Sale Under California Commercial Code is attached hereto as **Exhibit E**.

12.    Secured Party engaged in lengthy discussions with Breakers Development to attempt to resolve the outstanding obligations and, in connection therewith, agreed to delay the Foreclosure Sale to October 3, 2025.

13.    On the eve of the Foreclosure Sale, Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court on October 2, 2025.

14.    Secured Party knows of no other creditors of Debtor other than Secured Party and no other assets of Debtor other than the Membership Interests.

15.    As of October 3, 2025, in excess of $54,624,827 remains outstanding under the Construction Loan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: October 7, 2025

_____
Jeff Deines

**DECLARATION OF JEFF DEINES IN SUPPORT OF X-CALIBER FUNDING LLC'S MOTION TO DISMISS**